Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
El Paso Division

FILED
2023 FEB 14 AM 11: 17
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| Deliris Montanez Berrios | Case No. EP23CV0063 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Craig W. Cox | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

　A. **The Plaintiff(s)**

　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　　Name: Deliris Montanez Berrios
　　　Street Address: 6108 Los Siglos Drive
　　　City and County: El Paso    El Paso County
　　　State and Zip Code: Texas 79912
　　　Telephone Number: 704-293-4307
　　　E-mail Address: deemontanez@hotmail.com

　B. **The Defendant(s)**

　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

| | |
|---|---|
| Name | Craig W. Cox |
| Job or Title *(if known)* | Self-employed |
| Street Address | 11 West View Place |
| City and County | Colorado Springs    El Paso County |
| State and Zip Code | Colorado, 80903 |
| Telephone Number | 210-414-5446 Cell |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Deliris Montanez Berrios, is a citizen of the State of *(name)* Texas.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Craig W. Cox, is a citizen of the State of *(name)* Colorado. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Craig Cox Investigations, LLC , is incorporated under the laws of the State of *(name)* Colorado , and has its principal place of business in the State of *(name)* Colorado .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

See attachment.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachment.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief request:

$2,000,000.00 plus interest    Compensatory damages
Attorney's fees    Interest on damages
Court Costs    Emotional Relief/Pain and suffering
Injunctive relief

UNITED STATES DISTRICT COURT

For the

Western District of Texas

El Paso Division

Deliris Montanez Berrios vs. Craig W. Cox

COMPLAINT FOR A CIVIL CASE

## II. Basis for Jurisdiction

### 3. The Amount in Controversy

The Plaintiff suffered beyond extreme measures libel, slander, defamation of character, damaged reputation, damaged law enforcement career, emotional distress, aggravated personal and professional damages, business financial loss, attorney's costs due to the Defendant's wrongful actions on 15 April 2019 when he was no longer a government employee. He also allowed and orchestrated medical malpractice aggravating the plaintiff service-connected inflicted medical condition.

## III. Statement of Claim

The Defendant engaged in a witch hunt intentional malicious persecution, libel, slander, defamation of character, and personal injury against the Plaintiff which aided in her forceful retirement from Customs and Border Protection (CBP), but the Plaintiff was not able to get a hold of the tangible evidence nor have any knowledge of what the Defendant has done within the one (1) statutory year as CBP was continuously refusing to provide the documents requested under the established Freedom of Information Act (FOIA) Federal laws. Plaintiff was not able to get the FOIA documents from CBP until summer 2022 via a discovery of documents on a pending discrimination case against CBP with the EEOC. CBP also refused to provide the FOIA needed documents to Members of Congress which would have allowed the Plaintiff to take civil action against the Defendant in a timely manner and possibly save her law enforcement career. The Plaintiff had to seek Congressional Assistance numerous times via Congressional Inquiries with several Members of Congress to be able to prove that the wrongful actions were indeed committed by the Defendant even after the Defendant was not a government employee nor acting in any official capacity any longer in 15 April 2019. Defendant was forced to retire from the United States Army Reserves around January-February 2018 after facing a career ending investigation for violations of the established Whistleblower Protection Act laws and federal discrimination laws.  The Equal Employment Opportunity Commission nor the Merit System Protection Board had nor currently have any jurisdiction on neither violation for armed forces service members.  The last Defendant's wrongful action was to libel and slander the Plaintiff on 15 April 2019 with CBP via the Joint Intake Center which was the caused for her to be on continuous and non-stop administrative and criminal investigations with CBP Management Inquiry Team and the Office of Personal Responsibility respectively.  It should be clear to this court that the Defendant actions are not protected under the Feres Doctrine. Conspiracy and collaboration to commit the crime of destroying someone is a federal crime as well in addition to civil rights violations. Forceful involuntary retirement in this case is the same as wrongful termination.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/09/2023

Signature of Plaintiff

Printed Name of Plaintiff   Deliris Montanez Berrios

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address