**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DELIRIS MONTANEZ BERRIOS,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. EP-23-CV-63-KC |
| **CRAIG W. COX,** | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

In accordance with the Court's December 9, 2024, Order, ECF No. 76, granting summary judgment in favor of the only remaining Defendant, Craig W. Cox, on Plaintiff's only remaining claim, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff's civil case is **DISMISSED**.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED** this 10th day of December, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE